IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 19 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| JACOB E. FRITH, II; | ) |
| and | ) Civil Action No. 4:05CV00074 |
| JAMES B. FRITH, JR.; | ) |
| and | ) |
| FRITH CONSTRUCTION CO., INC.; | ) **ORDER** |
| and | ) |
| JAMES B. FRITH, JR. & ASSOCIATES, LLP; | ) |
| and | ) By: James C. Turk<br>Senior United States District Judge |
| GREAT NORTHERN NEKOOSA CORPORATION, a Maine Corp. doing business as J&J South-East, Inc., | ) |
| Plaintiffs, | ) |
| v. | ) |
| MARTINSVILLE THERMAL, LLC, a Delaware Limited Liability Company; | ) |
| and | ) |
| THERMAL VENTURES, INC., a Delaware Corporation; | ) |
| and | ) |
| THERMAL VENTURES, L.P., a Delaware Limited Partnership; | ) |
| and | ) |

| | |
|---|---|
| THERMAL VENTURES, II, L.P., <br> a Delaware Limited Partnership; <br><br> and <br><br> HOOKER FURNITURE CORP.; <br><br> and <br><br> RESURGENCE PROPERTIES, LLC; <br><br> and <br><br> EJS COMPANY, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

In accordance with the accompanying memorandum opinion entered this day, it is and shall be **ORDERED** as follows:

(1) Defendants' motion to realign nominal defendants Hooker Furniture Corp., ResurgenceProperties, LLC, and EJS Company as parties plaintiff is **GRANTED**; and henceforth the title of the case will be the following:

> Jacob E. Frith, II; James B. Frith, Jr.; Firth Construction Co., Inc.; James B. Frith, Jr. & Associates, LLP; Great Northern Nekoosa Corporation, a Maine Corp. doing business as J&J South-East, Inc.; Hooker Furniture Corp.; Resurgence Properties, LLC; and EJS Company,
>     Plaintiffs
> v.
>
> Martinsville Thermal, LLC, a Delaware Limited Liability Company; Thermal Ventures, Inc., a Delaware Corporation; Thermal Ventures, L.P., a Delaware Limited Partnership; and Thermal Ventures, II, L.P., a Delaware Limited Partnership,
>     Defendants.

(2) Plaintiffs' motion to remand this action to state court is **DENIED**.

The clerk is directed to realign nominal defendants Hooker Furniture Corp., Resurgence Properties, LLC, and EJS Company as parties plaintiff; and to send certified copies of this order

to all counsel for the parties.

**ENTER**: This ⟋19th⟍ day of May, 2006.

*/s/ James C. Turk*
SENIOR UNITED STATES DISTRICT JUDGE

10