IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JACOB B. FRITH, II, ET AL. ) | |
|     Plaintiffs, ) | |
| ) | Civil Action No. 4:05-cv-00074 |
| v. ) | |
| ) | **ORDER** |
| MARTINSVILLE THERMAL, INC., ) | |
| ET AL. ) | |
|     Defendants ) | |
| ) | By: Hon. James C. Turk |
| ) | Senior United States District Court Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that 1) the plaintiffs' motion for summary judgment is **DENIED**; 2) Defendant Thermal Ventures II, LP's motion to dismiss for lack of personal jurisdiction is **GRANTED**; and 3) the defendants' motion to for summary judgment is **GRANTED** with respect to the plaintiffs' claim for declaratory relief and **DENIED** with respect to the plaintiffs' claim for damages.

The Clerk of Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record for the parties.

**ENTER:** This 20th day of October, 2006.

*/s/ James C. Turk*
SENIOR UNITED STATES DISTRICT JUDGE

13